IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Koreen C. Bayer, | ) | |
| *Debtor* | ) | Case No. 18-21798 CMB |
| | ) | Chapter 7 |
| Koreen C. Bayer, | ) | Related to: |
| *Movant* | ) | Document No.  10 |
| | ) | |
| No Respondents | ) | |

## ORDER OF COURT

AND NOW, to wit, this  21st  day of      May      , 2018, it is hereby ORDERED, ADJUDGED and DECREED, that the debtor, Koreen C. Bayer, is hereby granted an extension until June 1, 2018 to file a completed Chapter 7 petition.

BY THE COURT:

*Carlota M. Böhm*  kmt
Honorable Carlota M. Bohm
United States Bankruptcy Judge

FILED
5/21/18 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                   Case No. 18-21798-CMB
Koreen C. Bayer                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: ddoy              Page 1 of 1              Date Rcvd: May 22, 2018
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2018.
db            +Koreen C. Bayer,   1016 Cooper Street,   Vandergrift, PA 15690-1651

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
              James    Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for U.S. Bank
               National Association, as trustee for the holders of the Asset Backed Pass-Through Certificates,
               Series 2002-HE1 bkgroup@kmllawgroup.com
              Kenneth    Steidl    on behalf of Debtor Koreen C. Bayer julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4