IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-21798 |
| | ) | Chapter 13 |
| Koreen C. Bayer, | ) | |
| *Debtor* | ) | Document No. WO-1 |
| | ) | |
| Koreen C. Bayer, | ) | |
| Social Security No. XXX-XX-2651 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | Related to Document No. 21 |
| | ) | |
| Liberty Tire Recycling LLC and Ronda J. | ) | |
| Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 12, 2018, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Liberty Tire Recycling LLC
Attn: Payroll Dept.
600 River Avenue, 3rd Floor
Pittsburgh, PA 15212

Koreen C. Bayer
1016 Cooper Street
Vandergrift, PA 15690

Date of Service:    June 12, 2018    /s/ Kenneth Steidl
　　　　　　　　　　　　　　　　　　　Kenneth Steidl, Esquire
　　　　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　　　　28th Floor, Gulf Tower
　　　　　　　　　　　　　　　　　　　707 Grant Street
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　　　　(412) 391-8000
　　　　　　　　　　　　　　　　　　　ken.steidl@steidl-steinberg.com