**Form 410**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Koreen C. Bayer**
   Debtor(s)

Bankruptcy Case No.: 18–21798–CMB

Chapter: 13
Docket No.: 33 – 32
Concil. Conf.: September 17, 2020 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **August 6, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **August 21, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **September 17, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: June 22, 2020

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## **INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                    Case No. 18-21798-CMB
Koreen C. Bayer                                           Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: gamr           Page 1 of 2         Date Rcvd: Jun 22, 2020
                            Form ID: 410          Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
```
db          +Koreen C. Bayer,    1016 Cooper Street,    Vandergrift, PA 15690-1651
14854267    +Borough of Vandergrift,    109 Grant Avenue,    Vandergrift, PA 15690-1207
14826568    +Borough of Vandergrift,    Muncipal Building,    109 Grant Avenue,    Vandergrift, PA 15690-1207
14854269    +Glade Run Medical,    c/o Collection Service Center,    PO Box 560,
             New Kensington, PA 15068-0560
14826570     Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14865756    +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
             Pittsburgh, PA 15233-1828
14874910     UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
             MADISON, WI, 53708-8973
14854273    +US Det pf Education,    2401 International #7859,    Madison, WI 53704-3121
14854274    +Valley Plumbing and Heating Inc.,    161 Third Street,    Leechburg, PA 15656-1261
14826573    +Westmoreland County Tax Claim Bureau,    40 N. Pennsylvania Avenue, Suite 109,
             Greensburg, PA 15601-2341
14854276    +Westmoreland County Tax Claim Bureau,    Westmoreland County Courthouse,    2 North Main Street,
             Greensburg, PA 15601-2481
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14854266    +E-mail/Text: webadmin@vhllc.co Jun 23 2020 04:03:07     Aarons Furniture,    c/o Vance & Huffman,
             55 Monette Parkway, #100,    Smithfield, VA 23430-2577
14826569     E-mail/Text: ebnnotifications@creditacceptance.com Jun 23 2020 03:56:24
             Credit Acceptance Corporation,    25505 West Twelve Mile Road,    Suite 3000,
             Southfield, MI 48034-8331
14854270    +E-mail/Text: bankruptcydepartment@tsico.com Jun 23 2020 04:03:11     MedExpress,
             c/o Transworld Systems,    PO Box 15273,    Wilmington, DE 19850-5273
14826571     E-mail/Text: jennifer.chacon@spservicing.com Jun 23 2020 04:03:30
             Select Portfolio Servicing Inc.,    P. O. Box 65250,    Salt Lake City, UT 84165-0250
14873425     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 23 2020 04:06:27     Verizon,
             by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
14826572     E-mail/Text: bankruptcy@firstenergycorp.com Jun 23 2020 03:57:29     West Penn Power Company,
             76 S. Main Street,    Akron, OH 44308-1890
                                                                                       TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Select Portfolio Servicing as servicer for U.S. Ba
cr*         +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14854268*   +Credit Acceptance Corporation,    25505 West Twelve Mile Road,    Suite 3000,
             Southfield, MI 48034-8331
14854271*    Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14854272*    Select Portfolio Servicing Inc.,    P. O. Box 65250,    Salt Lake City, UT 84165-0250
14880691*    Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14854275*    West Penn Power Company,    76 S. Main Street,    Akron, OH 44308-1890
                                                                          TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
```
        James  Warmbrodt    on behalf of Creditor    Select Portfolio Servicing as servicer for U.S. Bank
        National Association, as trustee for the holders of the Asset Backed Pass-Through Certificates,
        Series 2002-HE1 bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: gamr            Page 2 of 2            Date Rcvd: Jun 22, 2020
                             Form ID: 410           Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kenneth  Steidl    on behalf of Debtor Koreen C. Bayer julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                 TOTAL: 5