Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Koreen C. Bayer** | : | Case No. 18−21798−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 8th of September, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21798-CMB
Koreen C. Bayer                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: gamr              Page 1 of 2           Date Rcvd: Sep 08, 2020
                            Form ID: 309            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db              +Koreen C. Bayer,    1016 Cooper Street,    Vandergrift, PA 15690-1651
14854267        +Borough of Vandergrift,    109 Grant Avenue,    Vandergrift, PA 15690-1207
14826568        +Borough of Vandergrift,    Muncipal Building,    109 Grant Avenue,    Vandergrift, PA 15690-1207
14854269        +Glade Run Medical,    c/o Collection Service Center,    PO Box 560,
                  New Kensington, PA 15068-0560
14826570         Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14865756        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                  Pittsburgh, PA 15233-1828
14874910         UNITED STATES DEPARTMENT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,
                  MADISON, WI, 53708-8973
14854273        +US Det pf Education,    2401 International #7859,    Madison, WI 53704-3121
14854274        +Valley Plumbing and Heating Inc.,    161 Third Street,    Leechburg, PA 15656-1261
14854276        +Westmoreland County Tax Claim Bureau,    Westmoreland County Courthouse,    2 North Main Street,
                  Greensburg, PA 15601-2481
14826573        +Westmoreland County Tax Claim Bureau,    40 N. Pennsylvania Avenue, Suite 109,
                  Greensburg, PA 15601-2341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14854266        +E-mail/Text: webadmin@vhllc.co Sep 09 2020 04:07:03       Aarons Furniture,    c/o Vance & Huffman,
                  55 Monette Parkway, #100,    Smithfield, VA 23430-2577
14826569        +E-mail/Text: ebnnotifications@creditacceptance.com Sep 09 2020 04:05:42
                  Credit Acceptance Corporation,    25505 West Twelve Mile Road,    Suite 3000,
                  Southfield, MI 48034-8331
14854270        +E-mail/Text: bankruptcydepartment@tsico.com Sep 09 2020 04:07:08        MedExpress,
                  c/o Transworld Systems,    PO Box 15273,    Wilmington, DE 19850-5273
14826571         E-mail/Text: jennifer.chacon@spservicing.com Sep 09 2020 04:07:22
                  Select Portfolio Servicing Inc.,    P. O. Box 65250,    Salt Lake City, UT 84165-0250
14873425         EDI: AIS.COM Sep 09 2020 07:33:00      Verizon,    by American InfoSource LP as agent,
                  PO Box 248838,    Oklahoma City, OK  73124-8838
14826572         E-mail/Text: bankruptcy@firstenergycorp.com Sep 09 2020 04:06:37       West Penn Power Company,
                  76 S. Main Street,    Akron, OH 44308-1890
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Select Portfolio Servicing as servicer for U.S. Ba
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
14854268*       +Credit Acceptance Corporation,    25505 West Twelve Mile Road,    Suite 3000,
                  Southfield, MI 48034-8331
14854271*        Peoples Gas Company,    P.O. Box 644760,    Pittsburgh, PA 15264-4760
14854272*        Select Portfolio Servicing Inc.,    P. O. Box 65250,    Salt Lake City, UT 84165-0250
14880691*        Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
14854275*        West Penn Power Company,    76 S. Main Street,    Akron, OH 44308-1890
                                                                                  TOTALS: 1, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Select Portfolio Servicing as servicer for U.S. Bank
               National Association, as trustee for the holders of the Asset Backed Pass-Through Certificates,
               Series 2002-HE1 bkgroup@kmllawgroup.com

```
District/off: 0315-2              User: gamr                   Page 2 of 2                    Date Rcvd: Sep 08, 2020
                                  Form ID: 309                 Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kenneth Steidl   on behalf of Debtor Koreen C. Bayer julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                          TOTAL: 5