**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KOREEN C. BAYER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-21798<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/04/2018 and confirmed on 07/12/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 20,310.90 |
| Less Refunds to Debtor | | 0.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 20,310.90 |
| | | | | |
| Administrative Fees | | | | |
| Filing Fee | | 0.00 | | |
| Notice Fee | | 0.00 | | |
| Attorney Fee | | 2,150.49 | | |
| Trustee Fee | | 863.25 | | |
| Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 3,013.74 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| US BANK NA - TRUSTEE<br>Acct: 4415 | 0.00 | 3,866.17 | 0.00 | 3,866.17 |
| US BANK NA - TRUSTEE<br>Acct: 4415 | 2,296.47 | 928.47 | 0.00 | 928.47 |
| WESTMORELAND COUNTY TAX CLAIM BUF<br>Acct: 0267 | 1,953.30 | 693.90 | 246.60 | 940.50 |
| WESTMORELAND COUNTY TAX CLAIM BUF<br>Acct: 0267 | 2,880.30 | 1,031.41 | 374.71 | 1,406.12 |
| CREDIT ACCEPTANCE CORP*<br>Acct: 7347 | 22,946.02 | 8,393.84 | 1,762.06 | 10,155.90 |
| | | | | 17,297.16 |
| Priority | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KOREEN C. BAYER<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 18-21798 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,150.49 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| AARONS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GLADE RUN MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MEDEXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 7,698.19 | 0.00 | 0.00 | 0.00 |
| Acct: 1373 | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 38,307.58 | 0.00 | 0.00 | 0.00 |
| Acct: 2651 | | | | |
| VALLEY PLUMBING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7818 | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8680 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 397.20 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 12,328.16 | 0.00 | 0.00 | 0.00 |
| Acct: 2651 | | | | |
| UNITED STATES DEPARTMENT OF EDUCA | 16,107.80 | 0.00 | 0.00 | 0.00 |
| Acct: 2651 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                       17,297.16

TOTAL CLAIMED
PRIORITY        0.00
SECURED         30,076.09
UNSECURED       74,838.93

Date: 10/09/2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com